IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NUMBER: 18-03557/BKT |
| JORGE LUIS ESTRADA COREANO<br>ELIZABETH COTTO CHINEA | CHAPTER 13 |
| DEBTORS | |

**DEBTORS' MOTION CONCERNING AMENDMENT TO SCHEDULE "E/F"**

**TO THE HONORABLE COURT:**

**COME NOW, JORGE LUIS ESTRADA COREANO and ELIZABETH COTTO CHINEA,** the Debtors through his undersigned attorney Counsel, and very respectfully state and pray as follows:

1. The Debtors hereby amend Schedule "E/F" to previously filed Schedule "E/F" Docket no. 1, pursuant to Rule 1009 of the Federal Rules of Bankruptcy Procedure and local Bankruptcy Rule 1009-1, for the purpose of: <u>included unsecured claim, account no. xxx-xx-2119, from creditor DTOP, PO Box 41269, San Juan PR 00940-1269.</u>

**WHEREFORE**, the Debtors pray that this Honorable Court take knowledge of said amendment and provide accordingly.

**NOTICE**

Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

**CERTIFICATE OF SEVICE:** I hereby certify that on this date I electronically filed the above document with the Clerk of the Court using the CM/ECF System which sends notification of such filing to all those who in this case have registered for receipt of notice by electronic mail, including the US Trustee's Office and the Trustee. I further certify that the foregoing has been served by depositing true and correct copies thereof in the United States Mail, postage prepaid, to none CM/ECF participants: Debtors to their address of record; to the creditors affected by the amendment: <u>DTOP, PO Box 41269, San Juan PR 00940-1269,</u> and creditors and parties in interest as per the attached master address list.

**RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico, this 28th day of June, 2018.

/s/ *Roberto Figueroa Carrasquillo*
ROBERTO FIGUEROA CARRASQUILLO
USDC #203614
ATTORNEY FOR PETITIONER
PO BOX 186 CAGUAS PR 00726
TEL 787-744-7699 / FAX 787-746-5294
Email: rfigueroa@rfclawpr.com

Fill in this information to identify your case:

Debtor 1    **JORGE LUIS ESTRADA COREANO**
              First Name        Middle Name        Last Name

Debtor 2    **ELIZABETH COTTO CHINEA**
(Spouse if, filing)   First Name        Middle Name        Last Name

United States Bankruptcy Court for the:    DISTRICT OF PUERTO RICO, SAN JUAN DIVISION

Case number (if known): _____

■ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1: List All of Your PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims against you?

   ■ No. Go to Part 2.
   ☐ Yes.

### Part 2: List All of Your NONPRIORITY Unsecured Claims

3. Do any creditors have nonpriority unsecured claims against you?

   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
   ■ Yes.

4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim. If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  |  | Total claim |
|---|---|---|
| **4.1** **Banco Santander de PR** <br> Nonpriority Creditor's Name <br><br> PO Box 326589 <br> San Juan, PR 00936-2589 <br> Number Street City State Zip Code <br><br> **Who incurred the debt?** Check one. <br> ☐ Debtor 1 only <br> ■ Debtor 2 only <br> ☐ Debtor 1 and Debtor 2 only <br> ☐ At least one of the debtors and another <br> ☐ Check if this claim is for a community debt <br> **Is the claim subject to offset?** <br> ■ No <br> ☐ Yes | Last 4 digits of account number   **8133** <br><br> When was the debt incurred? _____ <br><br> As of the date you file, the claim is: Check all that apply <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br> **Type of NONPRIORITY unsecured claim:** <br> ☐ Student loans <br> ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims <br> ☐ Debts to pension or profit-sharing plans, and other similar debts <br> ■ Other. Specify _____ | **$1,128.55** |

Debtor 1 ESTRADA COREANO, JORGE LUIS & COTTO
Debtor 2 CHINEA, ELIZABETH
Case number (if know) _____

| 4.2 | Citi |
|---|---|
Nonpriority Creditor's Name

Last 4 digits of account number **4892**     $4,266.00

When was the debt incurred? **2017-11-06**

PO Box 6190
Sioux Falls, SD 57117-6190
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify _____

| 4.3 | Claro |
|---|---|
Nonpriority Creditor's Name

Last 4 digits of account number **0030**     $231.00

When was the debt incurred? **2013-10-30**

PO Box 360998
San Juan, PR 00936-0998
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

- ☐ Debtor 1 only
- ■ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify _____

| 4.4 | Claro (Cingular) |
|---|---|
Nonpriority Creditor's Name

Last 4 digits of account number **1946**     $1,111.65

When was the debt incurred? _____

PO Box 360998
San Juan, PR 00936-0998
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify _____

Debtor 1 ESTRADA COREANO, JORGE LUIS & COTTO
Debtor 2 CHINEA, ELIZABETH                           Case number (if know)

| 4.5 | DTOP | Last 4 digits of account number 2119 | $500.00 |

Nonpriority Creditor's Name

PO Box 41269 Minillas Station
San Juan, PR 00940-1269
Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Tickets no 27541468 $50.00; 27378868 $50.00; 27378867 $50.00; 27182002 $50.00; 27182003 $50.00; 27002617 $50.00; 27002618 $50.00; 27002619 $50.00; 26781535 $50.00; 26781534 $50.00

| 4.6 | DTOP | Last 4 digits of account number 2119 | $150.00 |

Nonpriority Creditor's Name

PO Box 41269 Minillas Station
San Juan, PR 00940-1269
Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Tickets no 23751048 $15.00; 23735223 $15.00; 23735222 $15.00; 23693199 $15.00; 23693200 $15.00; 23693197 $15.00; 23693198 $15.00; 23654595 $15.00; 23517992 $15.00; 23485953 $15.00

Debtor 1 ESTRADA COREANO, JORGE LUIS & COTTO
Debtor 2 CHINEA, ELIZABETH

Case number (if know)

### 4.7 DTOP
Nonpriority Creditor's Name

PO Box 41269 Minillas Station
San Juan, PR 00940-1269
Number Street City State Zip Code

Last 4 digits of account number  2119                $77.40

When was the debt incurred?

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  Tickets no 23423219 $15.00; 23423220 $15.00; 23423218 $15.00; 23400665 $15.00; 23400664 $15.00; 27541468 $0.40; 27378868 $0.35; 27378867 $0.35; 27182002 $0.65; 27182003 $0.65

### 4.8 DTOP
Nonpriority Creditor's Name

PO Box 41269 Minillas Station
San Juan, PR 00940-1269
Number Street City State Zip Code

Last 4 digits of account number  2119                $5.95

When was the debt incurred?

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  Tickets no 27002617 $0.35; 27002618 $0.65; 27002619 $0.35; 26781535 $0.65; 26781534 $0.35; 23751048 $0.60; 23735223 $0.75; 23735222 $0.75; 23693199 $0.75; 23693200 $0.75

Debtor 1 ESTRADA COREANO, JORGE LUIS & COTTO
Debtor 2 CHINEA, ELIZABETH                                Case number (if know)

| 4.9 | DTOP | Last 4 digits of account number 2119 | $9.30 |

Nonpriority Creditor's Name

When was the debt incurred?

PO Box 41269 Minillas Station
San Juan, PR 00940-1269
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  Tickets no 23693197 $0.60; 23693198 $1.20; 23654595 $1.50; 23517992 $0.75; 23485953 $0.75; 23423219 $0.75; 23423220 $0.75; 23423218 $1.20; 23400665 $1.20; 23400664 $0.60;

☐ Yes

| 4.10 | DTOP | Last 4 digits of account number 2119 | $105.00 |

Nonpriority Creditor's Name

When was the debt incurred?

PO Box 41269 Minillas Station
San Juan, PR 00940-1269
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  Tickets no 793123 $30.00; 3312600 $25.00; 30254455 $50.00

☐ Yes

Debtor 1 ESTRADA COREANO, JORGE LUIS & COTTO
Debtor 2 CHINEA, ELIZABETH

Case number (if know) _____

| 4.11 | DTOP | Last 4 digits of account number 2119 | $680.00 |

Nonpriority Creditor's Name

**PO Box 41269 Minillas Station**
**San Juan, PR 00940-1269**
Number Street City State Zip Code

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

Is the claim subject to offset?
■ No
☐ Yes

■ Other. Specify: Tickets no: 36410111 $25.00; 36410112 $100.00; 36410113 $50.00; 36410110 $250.00; 793123 $30.00; 3312600 $25.00; 30254455 $50.00; 28575387 $50.00; 28414956 $50.00; 28414955 $50.00

| 4.12 | DTOP | Last 4 digits of account number 2119 | $500.00 |

Nonpriority Creditor's Name

**PO Box 41269 Minillas Station**
**San Juan, PR 00940-1269**
Number Street City State Zip Code

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

Is the claim subject to offset?
■ No
☐ Yes

■ Other. Specify: Tickets no: 28414954 $50.00; 28239006 $50.00; 28239007 $50.00; 27541468 $50.00; 27378867 $50.00; 27378868 $50.00; 27182002 $50.00; 27182003 $50.00; 27002617 $50.00; 27002619 $50.00

Debtor 1 ESTRADA COREANO, JORGE LUIS & COTTO
Debtor 2 CHINEA, ELIZABETH
Case number (if know)

### 4.13 DTOP
Nonpriority Creditor's Name

PO Box 41269 Minillas Station
San Juan, PR 00940-1269
Number Street City State Zip Code

Last 4 digits of account number **2119** — **$255.00**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify: Tickets no: 27002618 $50.00; 26781535 $50.00; 26781534 $50.00; 23751048 $15.00; 23735223 $15.00; 23735222 $15.00; 23693199 $15.00; 23693200 $15.00; 23693198 $15.00; 23693197 $15.00

### 4.14 DTOP
Nonpriority Creditor's Name

PO Box 41269 Minillas Station
San Juan, PR 00940-1269
Number Street City State Zip Code

Last 4 digits of account number **2119** — **$121.40**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify: Tickets no: 23654595 $15.00; 23517992 $15.00; 23485953 $15.00; 23423219 $15.00; 23423220 $15.00; 23423218 $15.00; 23400664 $15.00; 23400665 $15.00; 28575387 $0.35; 28414956 $0.40; 28414955 $0.65

Debtor 1 ESTRADA COREANO, JORGE LUIS & COTTO
Debtor 2 CHINEA, ELIZABETH

Case number (if know) _____

| 4.15 | **DTOP** | Last 4 digits of account number **2119** | **$4.30** |

Nonpriority Creditor's Name

When was the debt incurred? _____

PO Box 41269 Minillas Station
San Juan, PR 00940-1269
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

Is the claim subject to offset?

■ No
☐ Yes

■ Other. Specify  Tickets no: 28414954 $0.40; 28239006 $0.40; 28239007 $0.40; 27541468 $0.40; 27378867 $0.35; 27378868 $0.35; 27182002 $0.65; 27182003 $0.65; 27002617 $0.35; 27002619 $0.35

---

| 4.16 | **DTOP** | Last 4 digits of account number **2119** | **$9.30** |

Nonpriority Creditor's Name

When was the debt incurred? _____

PO Box 41269 Minillas Station
San Juan, PR 00940-1269
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

Is the claim subject to offset?

■ No
☐ Yes

■ Other. Specify  Tickets no: 27002618 $0.65; 26781535 $0.65; 26781534 $0.35; 23751048 $0.60; 23735223 $0.75; 23735222 $0.75; 23693199 $0.75; 23693200 $0.75; 23693198 $1.20; 23693197 $0.60; 23654595 $1.50; 23517992 $0.75

Debtor 1 ESTRADA COREANO, JORGE LUIS & COTTO
Debtor 2 CHINEA, ELIZABETH

Case number (if know) _____

| 4.17 | **DTOP** | Last 4 digits of account number **2119** | **$5.25** |

Nonpriority Creditor's Name

PO Box 41269 Minillas Station
San Juan, PR 00940-1269
Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify: Tickets no: 23485953 $0.75; 23423219 $0.75; 23423220 $0.75; 23423218 $1.20; 23400664 $0.60; 23400665 $1.20

| 4.18 | **DTOP** | Last 4 digits of account number **2119** | **$506.10** |

Nonpriority Creditor's Name

PO Box 41269 Minillas Station
San Juan, PR 00940-1269
Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify: Tickets no: 28630307 $50.40; 28744579 $50.65; 28744580 $50.65; 28744581 $50.65; 28861342 $50.40; 28927122 $50.65; 28927123 $50.95; 28927124 $50.95; 29052996 $50.40; 29052997 $50.40

Debtor 1 ESTRADA COREANO, JORGE LUIS & COTTO
Debtor 2 CHINEA, ELIZABETH

Case number (if know) _____

### 4.19 DTOP
Nonpriority Creditor's Name

Last 4 digits of account number **2119**

$406.85

When was the debt incurred?

PO Box 41269 Minillas Station
San Juan, PR 00940-1269
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

Is the claim subject to offset?
■ No
☐ Yes

■ Other. Specify  Tickets no: 29052998 $50.40; 29138354 $50.65; 29138355 $50.95; 29208000 $51.75; 29208001 $51.75; 29254333 $50.65; 29287571 $50.35; 29420773 $50.35

### 4.20 GC Services Limited Partnership
Nonpriority Creditor's Name

Last 4 digits of account number **8661**

$861.72

When was the debt incurred?

PO Box 2545
Houston, TX 77252
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

Is the claim subject to offset?
■ No
☐ Yes

■ Other. Specify _____

### 4.21 Operating Partners CO LLC
Nonpriority Creditor's Name

Last 4 digits of account number **3074**

$3,058.00

When was the debt incurred?

PO Box 194499
San Juan, PR 00919-4499
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

Is the claim subject to offset?
■ No
☐ Yes

■ Other. Specify _____

Debtor 1 ESTRADA COREANO, JORGE LUIS & COTTO
Debtor 2 CHINEA, ELIZABETH

Case number (if know) _____

### 4.22 Oriental Bank
Nonpriority Creditor's Name

PO Box 195115
San Juan, PR 00919-5115
Number Street City State Zip Code

Last 4 digits of account number **3654**

$2,574.07

When was the debt incurred?

Who incurred the debt? Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify _____

### 4.23 PR Consumer Debt Management Inc
Nonpriority Creditor's Name

Rodriguez Fernandez Law Office
PO Box 71418
San Juan, PR 00936-8518
Number Street City State Zip Code

Last 4 digits of account number **0174**

$4,841.23

When was the debt incurred?

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ■ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify _____

### 4.24 Synchrony Bank/Midland Credit
Nonpriority Creditor's Name

8875 Aero Drive Suite 200
San Diego, CA 92123
Number Street City State Zip Code

Last 4 digits of account number **1380**

$683.00

When was the debt incurred? **2015-06-26**

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ■ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify _____

Debtor 1 ESTRADA COREANO, JORGE LUIS & COTTO
Debtor 2 CHINEA, ELIZABETH

Case number (if know) _____

| 4.25 | Synchrony Bank/Midland Credit | Last 4 digits of account number | 1800 | $672.00 |

**Synchrony Bank/Midland Credit**
Nonpriority Creditor's Name

2365 Northside Drive Suite 300
San Diego, CA 92108
Number Street City State Zip Code

When was the debt incurred? 2015-05-27

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ■ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify _____

---

| 4.26 | Synchrony Bank/Midland Credit | Last 4 digits of account number | 0275 | $582.00 |

**Synchrony Bank/Midland Credit**
Nonpriority Creditor's Name

2365 Northside Drive Suite 300
San Diego, CA 92108
Number Street City State Zip Code

When was the debt incurred? 2016-06-27

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ■ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify _____

---

| 4.27 | T-Mobile | Last 4 digits of account number | 4139 | $2,224.00 |

**T-Mobile**
Nonpriority Creditor's Name

12920 SE 38th St
Bellevue, WA 98006-1350
Number Street City State Zip Code

When was the debt incurred? 2014-07-20

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ■ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify _____

Debtor 1 ESTRADA COREANO, JORGE LUIS & COTTO
Debtor 2 CHINEA, ELIZABETH

Case number (if know) _____

| 4.28 | **Tdrc/Adv Aut** | Last 4 digits of account number | 7307 | $780.00 |

Nonpriority Creditor's Name

When was the debt incurred? 2014-08-30

1000 Macarthur Blvd
Mahwah, NJ 07430-2035
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

**Part 3: List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Name and Address
**Lcdo Osvaldo L. Rodriguez Fernandez**
PO Box 71418
San Juan, PR 00936-8518

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.21** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  3074

Name and Address
**Midland Fund**
2365 Northside Dr Ste 30
San Diego, CA 92108-2709

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.24** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  1380

Name and Address
**Midland Fund**
2365 Northside Dr Ste 30
San Diego, CA 92108-2709

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.25** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  1800

Name and Address
**Midland Fund**
2365 Northside Dr Ste 30
San Diego, CA 92108-2709

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.26** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  0275

Name and Address
**Puerto Rico Consumer Debt Management Co**
PO Box 363387
San Juan, PR 00936-6220

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.1** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  8133

Name and Address
**Rush Collection Agency Corp**
Urb Villa Cantessa EE13 Calle Marginal
Bayamon, PR 00956

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.22** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  3654

Name and Address

On which entry in Part 1 or Part 2 did you list the original creditor?

Debtor 1 ESTRADA COREANO, JORGE LUIS & COTTO
Debtor 2 CHINEA, ELIZABETH

Case number (if know) _____

Strategic Legal Group PSC/Lcdo
Oscar A D
PO Box 366220
San Juan, PR 00936-6220

Line **4.23** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    0174

## Part 4:  Add the Amounts for Each Type of Unsecured Claim

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

**Total claims from Part 1**

| | | | | Total Claim |
|---|---|---|---|---|
| 6a. | Domestic support obligations | 6a. | $ | 0.00 |
| 6b. | Taxes and certain other debts you owe the government | 6b. | $ | 0.00 |
| 6c. | Claims for death or personal injury while you were intoxicated | 6c. | $ | 0.00 |
| 6d. | Other. Add all other priority unsecured claims. Write that amount here. | 6d. | $ | 0.00 |
| 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ | 0.00 |

**Total claims from Part 2**

| | | | | Total Claim |
|---|---|---|---|---|
| 6f. | Student loans | 6f. | $ | 0.00 |
| 6g. | Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. | $ | 0.00 |
| 6h. | Debts to pension or profit-sharing plans, and other similar debts | 6h. | $ | 0.00 |
| 6i. | Other. Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ | 26,349.07 |
| 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ | 26,349.07 |

Official Form 106 E/F    Schedule E/F: Creditors Who Have Unsecured Claims    Page 14 of 14

Software Copyright (c) 2018 CINGroup - www.cincompass.com

Fill in this information to identify your case:

Debtor 1: **JORGE LUIS ESTRADA COREANO**
First Name   Middle Name   Last Name

Debtor 2: **ELIZABETH COTTO CHINEA**
(Spouse if, filing)   First Name   Middle Name   Last Name

United States Bankruptcy Court for the: DISTRICT OF PUERTO RICO, SAN JUAN DIVISION

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules    12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

■ No

☐ Yes. Name of person _____    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X /s/ JORGE LUIS ESTRADA COREANO
JORGE LUIS ESTRADA COREANO
Signature of Debtor 1

Date **June 28, 2018**

X /s/ ELIZABETH COTTO CHINEA
ELIZABETH COTTO CHINEA
Signature of Debtor 2

Date **June 28, 2018**

```
Label Matrix for local noticing           US Bankruptcy Court District of P.R.      AEELA
0104-3                                    Jose V Toledo Fed Bldg & US Courthouse    PO Box 364508
Case 18-03557-BKT13                       300 Recinto Sur Street, Room 109          San Juan, PR  00936-4508
District of Puerto Rico                   San Juan, PR 00901-1964
Old San Juan
Thu Jun 28 11:09:38 AST 2018

Anderson Financial Services of PR         Banco Santander de PR                     Citi
DBA Borinquen Title Loan                  PO Box 326589                             PO Box 6190
1723 Parana Street                        San Juan, PR  00936-2589                  Sioux Falls, SD  57117-6190
San Juan, PR 00926-3147


Claro                                     Claro (Cingular)                          Coop A/C Regla de Oro
PO Box 360998                             PO Box 360998                             RR 5 Box 8755
San Juan, PR  00936-0998                  San Juan, PR  00936-0998                  Bayamon, PR  00956-9287


Cp Centro Md                              DTOP                                      FONDO COOP
PO Box 2129                               PO Box 41269 Minillas Station             PO Box 42006
San Juan, PR  00922-2129                  San Juan, PR  00940-1269                  San Juan, PR  00940-2206


GC Services Limited Partnership           Lcdo Osvaldo L. Rodriguez Fernandez       Midland Fund
PO Box 2545                               PO Box 71418                              2365 Northside Dr Ste 30
Houston, TX 77252-2545                    San Juan, PR  00936-8518                  San Diego, CA  92108-2709


Miriam Chinea Alejandro                   Operating Partners CO LLC                 Oriental Bank
PMB 365                                   PO Box 194499                             PO Box 195115
RR 8 Box 1995                             San Juan, PR  00919-4499                  San Juan, PR  00919-5115
Bayamon, PR  00956-9825


PR Consumer Debt Management Inc           Puerto Rico Consumer Debt Management Co   Rush Collection Agency Corp
Rodriguez Fernandez Law Office            PO Box 363387                             Urb Villa Cantessa EE13 Calle Marginal
PO Box 71418                              San Juan, PR  00936-3387                  Bayamon, PR  00956-2749
San Juan, PR  00936-8518


Strategic Legal Group PSC/Lcdo Oscar A D  Synchrony Bank/Midland Credit             Synchrony Bank/Midland Credit
PO Box 366220                             2365 Northside Drive Suite 300            8875 Aero Drive Suite 200
San Juan, PR  00936-6220                  San Diego, CA 92108-2709                  San Diego, CA  92123-2255


(p)T MOBILE                               Tdrc/Adv Aut                              ALEJANDRO OLIVERAS RIVERA
C O AMERICAN INFOSOURCE LP                1000 Macarthur Blvd                       ALEJANDRO OLIVERAS CHAPTER 13 TRUS
4515 N SANTA FE AVE                       Mahwah, NJ  07430-2035                    PO BOX 9024062
OKLAHOMA CITY OK 73118-7901                                                         SAN JUAN, PR  00902-4062


ELIZABETH COTTO CHINEA                    JORGE LUIS ESTRADA COREANO                MONSITA LECAROZ ARRIBAS
PMB 365 RR8 BOX 1995                      PMB 365 RR8 BOX 1995                      OFFICE OF THE US TRUSTEE (UST)
BAYAMON, PR 00956-9825                    BAYAMON, PR 00956-9825                    OCHOA BUILDING
                                                                                    500 TANCA STREET  SUITE 301
                                                                                    SAN JUAN, PR  00901
```

ROBERTO FIGUEROA CARRASQUILLO
PO BOX 186
CAGUAS, PR 00726-0186

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| T-Mobile | End of Label Matrix | |
|---|---|---|
| 12920 SE 38th St | Mailable recipients | 30 |
| Bellevue, WA 98006-1350 | Bypassed recipients | 0 |
| | Total | 30 |