# STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
## REPORT OF ACTION TAKEN
## MEETING OF CREDITORS

In re:

JORGE LUIS ESTRADA COREANO      Case No. 18-03557-BKT

ELIZABETH COTTO CHINEA     Chapter 13     Attorney Name: ROBERTO FIGUEROA CARRASQUILLO*

---

**I. Appearances**

| | | | Date & Time: 8/1/2018 10:34:00AM |
|---|---|---|---|
| Debtor | [ ] Present | [X] Absent | [ ] R    [X] NR    LV: 0.00 |
| Joint Debtor | [ ] Present | [X] Absent | [X] This is debtor(s) 1 Bankruptcy filing. |
| Attorney for Debtor | [X] Present | [ ] Absent | Creditors: |

[ ] Prose

[X] Appearing: Roberto Figueroa Carrasquillo, Esq.

Creditors:
Fondo Coop- Idalis Perez

---

**II. Oath Administered**

[ ] Yes     [X] No

---

**III. Plan**

Date: 06/26/2018     Base: $29,400.00     Payments 0 made out of 1 due.

Confirmation Hearing Date: 9/7/2018 2:30:00PM

Evidence of Pmt shown:

---

**Attorney's fees as per R. 2016(b)**

$3,000.00 - $281.00 = $2,719.00

---

**IV. Status of Meeting**

[ ] Closed     [ ] Not Held     [ ] Held/Continued

[ ] Held/Not Closed

[X] Continued

Continued Date: 8/9/2018 1:00:00PM

Comments:

---

[ ] M.T.D. to be filed by Trustee: Debtor(s) failed to: [ ] Appear: [ ] Commence payments

[ ] Keep payments current [ ] does (do) not qualify as a debtor (§109):

[ ] MTD Already filed, see Docket:

[ ] Other:

**STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA**

**REPORT OF ACTION TAKEN**

**MEETING OF CREDITORS**

In re:

JORGE LUIS ESTRADA COREANO       Case No. 18-03557-BKT

ELIZABETH COTTO CHINEA      Chapter 13     Attorney Name: ROBERTO FIGUEROA CARRASQUILLO*

(Cont.)

**Trustee's Report on Confirmation**

[ ] FAVORABLE

[ ] UNFAVORABLE

| | |
|---|---|
| [ ] Feasibility | [ ] No provision for secured creditor(s) |
| [ ] Insufficiently funded | |
| [ ] Unfair discrimination | [ ] Tax returns missing |
| |   [ ] State - years |
| [ ] Fails disposable income | |
| [ ] Fails liquidation value test | |
| |   [ ] Federal - years |
| [ ] Insuarence quote | |

Pending/Items/ Documents:

| | |
|---|---|
| [ ] DSO Recipient's Information | [ ] Monthly reports for the months |
| [ ] Evidence of being current with DSO | [ ] Public Liability Insurance |
| |   [ ] Premises |
| [ ] Evidence of income | [ ] Vehicle(s): |
| | [ ] Licenses issued by: |

STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:

JORGE LUIS ESTRADA COREANO          Case No.   18-03557-BKT

ELIZABETH COTTO CHINEA          Chapter 13          Attorney Name:   ROBERTO FIGUEROA CARRASQUILLO*

Trustee's objection to confirmation

[ ] Objection to Confirmation
[ ] Oral objection by creditor

Debtor's counsel requested continuance because debtors did not come as he got confused over the date of this meeting. Request for continuance is granted. Counsel stated that debtor will make first payment within the next 48 hours.

NOTE: Schedule A/B does not disclose any real property, also, Schedule "J" does not disclose rent expense. Per voluntary petition debtors' live in Buena Vista, Bayamon. Who is the owner(s) of the property where debtors' live?

1. OTHER:
 a. Part 4.3 of the plan does not indicate whether attorney fees will be paid on a flat fee basis or by fee application.
 b. Per claim 2-1 by Anderson Financial there is a 1996 Toyota Tercel that is not disclosed in Schedule A/B nor disclosed as a transfer in SOFA.
 c. Objection to exemption pursuant 522 (d)(2) used in excess of $1,756.00 over a 2004 Mazda 3.

2. DOES NOT PROVIDE FOR SECURED CREDITOR, §1325(a)(5):
 a. COOP A/C Fonde Del Seguro (FONDO COOP) filed claims 4-1, 5-1, 6-1, 7-1, 8-1 and 9-1 all includes shares, however, part 3.5 of the plan propose surrender only two times for this creditor. Plan needs to provide for each individual claim.
 b. Plan does not provide for secured creditor Anderson Financial claim 2-1.
The following party(ies) object(s) confirmation:

s/Miriam Salwen                                                        Date:    08/01/2018

Trustee/Presiding Officer                                                        (Rev. 05/13)