# STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
## REPORT OF ACTION TAKEN
### MEETING OF CREDITORS

**In re:**

| | |
|---|---|
| JORGE LUIS ESTRADA COREANO | Case No.   18-03557-BKT |
| ELIZABETH COTTO CHINEA      Chapter 13 | Attorney Name:   ROBERTO FIGUEROA CARRASQUILLO* |

**I. Appearances**

| | | |
|---|---|---|
| Debtor | [X] Present | [ ] Absent |
| Joint Debtor | [X] Present | [ ] Absent |
| Attorney for Debtor | [X] Present | [ ] Absent |

[ ] Prose

[ ] Appearing:

**Date & Time:**   8/9/2018   1:00:00PM

[X] R      [ ] NR     LV:  $0.00

[X] This is debtor(s) 1 Bankruptcy filing.

**Creditors:**

Treasury Department Ms. Velez

**II. Oath Administered**

[X] Yes          [ ] No

**III. Plan**

Date:  06/26/2018          Base:       $29,400.00     Payments 0 made out of   due.

Confirmation Hearing Date:        9/7/2018   2:30:00PM

Evidence of Pmt shown:

**Attorney's fees as per R. 2016(b)**

   $3,000.00   -   $281.00    =  $2,719.00

**IV. Status of Meeting**

[X] Closed       [ ] Not Held       [ ] Held/Continued

[ ] Held/Not Closed

[ ] Continued

Continued Date:

Comments:

[ ] M.T.D. to be filed by Trustee: Debtor(s) failed to:  [ ] Appear: [ ] Commence payments

 [ ] Keep payments current [ ] does (do) not qualify as a debtor (§109):

 [ ] MTD Already filed, see Docket:

 [ ] Other:

**STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA**

**REPORT OF ACTION TAKEN**

**MEETING OF CREDITORS**

In re:

JORGE LUIS ESTRADA COREANO     Case No.   18-03557-BKT

ELIZABETH COTTO CHINEA     Chapter 13     Attorney Name:   ROBERTO FIGUEROA CARRASQUILLO*

(Cont.)

**Trustee's Report on Confirmation**

[ ] FAVORABLE

[X] UNFAVORABLE

| | |
|---|---|
| [ ] Feasibility | [ ] No provision for secured creditor(s) |
| [ ] Insufficiently funded | |
| [ ] Unfair discrimination | [ ] Tax returns missing |
| |    [ ] State - years |
| [ ] Fails disposable income | |
| [ ] Fails liquidation value test | |
| |    [ ] Federal - years |
| [ ] Insuarence quote | |

Pending/Items/ Documents:

| | |
|---|---|
| [ ] DSO Recipient's Information | [ ] Monthly reports for the months |
| [ ] Evidence of being current with DSO | [ ] Public Liability Insurance |
| |    [ ] Premises |
| [ ] Evidence of income |    [ ] Vehicle(s): |
| | [ ] Licenses issued by: |

**STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA**
**REPORT OF ACTION TAKEN**
**MEETING OF CREDITORS**

In re:

JORGE LUIS ESTRADA COREANO          Case No.   18-03557-BKT

ELIZABETH COTTO CHINEA          Chapter 13     Attorney Name:   ROBERTO FIGUEROA CARRASQUILLO*

**Trustee's objection to confirmation**

[  ] Objection to Confirmation
[  ] Oral objection by creditor

ACP: 3

Household size: 7

Trustee to review amended plan on 8/7/2018 as it may have taken care of prior observations of Trustee's minutes.

OTHER:

Note: Per claim 2-1 by Anderson Financial there is a 1996 Toyota Tercel that is not disclosed in Schedule A/B (it is in hand of third party)

The following party(ies) object(s) confirmation:

s/Pedro R Medina                                                         Date:     08/09/2018

Trustee/Presiding Officer                                                              (Rev. 05/13)