IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

JORGE LUIS ESTRADA COREANO

ELIZABETH COTTO CHINEA

    DEBTOR(S)

CASE NO. 18-03557-BKT

CHAPTER 13

## TRUSTEE'S REPORT ON CONFIRMATION

1. A meeting of creditors pursuant to Section 341 was held on 08/09/2018. The meeting was (was not) duly attended by debtor(s) and their attorney.

2. The liquidation value of the estate is: 0.0

3. With respect to the attached payment plan:

PLAN DATE: August 30, 2018    PLAN BASE: $29,400.00

TRUSTEE'S COMMENTS AND RECOMENDATIONS DATED: 9/5/2018

[X] FAVORABLE    [ ] UNFAVORABLE

NOTICE: This report anticipates Trustee's position as per 11 USC § 1302(b)(2) a copy of which has been served upon counsel for debtor(s). Copies are available to parties in interest at the Trustee's Office.

Atty: ROBERTO FIGUEROA

/s/ Elvis Cortes
Elvis Cortes
USDC #305214
**ALEJANDRO OLIVERAS RIVERA**
Chapter 13 Trustee
PO Box 9024062, Old San Juan Station
San Juan PR 00902-4062
CMC - GB