IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| IN RE | CASE NO. 18-03557/EAG |
|---|---|
| JORGE LUIS ESTRADA COREANO<br>ELIZABETH COTTO CHINEA | CHAPTER 13 |
| DEBTORS | |

## MOTION REQUESTING CONVERSION TO CHAPTER 7

**TO THE HONORABLE COURT:**

**COME NOW, JORGE LUIS ESTRADA COREANO and ELIZABETH COTTO CHINEA,** the Debtors in the above captioned case, through the undersigned attorney, and very respectfully state and pray as follows:

1. Debtors may be a debtor under Chapter 7, 11 U.S.C. §701, et seq.

2. Debtors may convert a case under Chapter 13 to a case under Chapter 7 of Title 11 at any time, 11 U.S.C. §1307(a).

3. There have been no prior case and no prior conversions.

4. The Schedules and Statement of Financial Affairs have been filed in the case and unless the court otherwise orders it shall be deemed filed in the Chapter 7 case, Rule 1019(1)(A), Federal Rules of Bankruptcy Procedure.

**WHEREFORE,** the Debtors respectfully request that this Honorable Court grant this motion, convert this Chapter 13 case to one under Chapter 7 and enter relief pursuant to Chapter 7 of Title 11, United States Code.

**I CERTIFY** that on this same date a copy of this notice was by the Clerk of the Court using CM/ECF systems which will send notifications of such the Chapter 13 Trustee; and also certify that I have mailed by United State Postal Service copy of this motion to the

following non CM/ECF participant Debtors; and to all creditors and parties in interest as per the attached master address list.

**RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico, this 14th day of December, 2020.

/s/ *Roberto Figueroa Carrasquillo*
RFIGUEROA CARRASQUILLO LAW OFFICE PSC
USDC #203614
ATTORNEY FOR PETITIONER
PO BOX 0186
CAGUAS PR 00726-0186
TEL NO (787) 744-7699 FAX 746-5294
EMAIL: rfc@rfigueroalaw.com

*Certifico haber leído la presente moción y la misma ha sido redactada según mis instrucciones. En Caguas, Puerto Rico hoy 14 de diciembre de 2020.*

/s/Jorge Luis Estrada Coreano
**JORGE LUIS ESTRADA COREANO**

/s/Elizabeth Cotto Chinea
**ELIZABETH COTTO CHINEA**

Label Matrix for local noticing
0104-3
Case 18-03557-EAG13
District of Puerto Rico
Old San Juan
Mon Dec 14 13:06:29 AST 2020

COOP A/C LA REGLA DE ORO
RR-05 BOX 8755
BO BUENA VISTA
BAYAMON, PR 00956-9287

US Bankruptcy Court District of P.R.
Jose V Toledo Fed Bldg & US Courthouse
300 Recinto Sur Street, Room 109
San Juan, PR 00901-1964

AEELA
PO Box 364508
San Juan, PR 00936-4508

Anderson Financial Services of PR
DBA Borinquen Title Loan
1723 Parana Street
San Juan, PR 00926-3147

Banco Santander de PR
PO Box 326589
San Juan, PR 00936-2589

Borinquen Title Loans
3440 Preston Ridge Rd, Ste 500
Alpharetta, GA 30005-3823

Citi
PO Box 6190
Sioux Falls, SD 57117-6190

Claro
PO Box 360998
San Juan, PR 00936-0998

Claro (Cingular)
PO Box 360998
San Juan, PR 00936-0998

Coop A/C Regla de Oro
RR 5 Box 8755
Bayamon, PR 00956-9287

Cp Centro Md
PO Box 2129
San Juan, PR 00922-2129

DEPARTMENT OF TREASURY
BANKRUPTCY SECTION 424 B
PO BOX 9024140
SAN JUAN, PR 00902-4140

DTOP
PO Box 41269 Minillas Station
San Juan, PR 00940-1269

FONDO COOP
PO Box 42006
San Juan, PR 00940-2206

GC Services Limited Partnership
PO Box 2545
Houston, TX 77252-2545

(p)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

LVNV Funding, LLC its successors and assigns
assignee of Arrow Financial Services,
LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

LVNV Funding, LLC its successors and assigns
assignee of Citibank, N.A.
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

LVNV Funding, LLC its successors and assigns
assignee of IDT Carmel, Inc
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Lcdo Osvaldo L. Rodriguez Fernandez
PO Box 71418
San Juan, PR 00936-8518

MONEY EXPRESS
CONSUMER SERVICE CENTER
BANKRUPTCY DIVISION (CODE 248)
PO BOX 9146 SAN JUAN PR 00908-0146

Midland Fund
2365 Northside Dr Ste 30
San Diego, CA 92108-2709

Midland Funding LLC
PO Box 2011
Warren, MI 48090-2011

Miriam Chinea Alejandro
PMB 365
RR 8 Box 1995
Bayamon, PR 00956-9825

Operating Partners CO LLC
PO Box 194499
San Juan, PR 00919-4499

Oriental Bank
PO Box 195115
San Juan, PR 00919-5115

PR Consumer Debt Management Inc
Rodriguez Fernandez Law Office
PO Box 71418
San Juan, PR 00936-8518

Puerto Rico Consumer Debt Management Co
PO Box 363387
San Juan, PR 00936-3387

Rush Collection Agency Corp
Urb Villa Cantessa EE13 Calle Marginal
Bayamon, PR 00956-2749

| | | |
|---|---|---|
| Strategic Legal Group PSC/Lcdo Oscar A D<br>PO Box 366220<br>San Juan, PR 00936-6220 | Synchrony Bank<br>c/o of PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Synchrony Bank/Midland Credit<br>2365 Northside Drive Suite 300<br>San Diego, CA 92108-2709 |
| Synchrony Bank/Midland Credit<br>8875 Aero Drive Suite 200<br>San Diego, CA 92123-2255 | (p)T MOBILE<br>C O AMERICAN INFOSOURCE LP<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY OK 73118-7901 | Tdrc/Adv Aut<br>1000 Macarthur Blvd<br>Mahwah, NJ 07430-2035 |
| ALEJANDRO OLIVERAS RIVERA<br>ALEJANDRO OLIVERAS CHAPTER 13 TRUS<br>PO BOX 9024062<br>SAN JUAN, PR 00902-4062 | ELIZABETH COTTO CHINEA<br>PMB 365 RR8 BOX 1995<br>BAYAMON, PR 00956-9825 | JORGE LUIS ESTRADA COREANO<br>PMB 365 RR8 BOX 1995<br>BAYAMON, PR 00956-9825 |
| MONSITA LECAROZ ARRIBAS<br>OFFICE OF THE US TRUSTEE (UST)<br>OCHOA BUILDING<br>500 TANCA STREET SUITE 301<br>SAN JUAN, PR 00901 | ROBERTO FIGUEROA CARRASQUILLO<br>PO BOX 186<br>CAGUAS, PR 00726-0186 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud Mn 56302-9617 | T-Mobile<br>12920 SE 38th St<br>Bellevue, WA 98006-1350 | End of Label Matrix<br>Mailable recipients 40<br>Bypassed recipients 0<br>Total 40 |